42 A.3d 153

IN THE MATTER OF NEIL H. BRAUNSTEIN, AN ATTORNEY
AT LAW (ATTORNEY NO. 031821994).

May 8, 2012.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 11–250, concluding that as a matter of final discipline pursuant to *Rule* 1:20-13(c), **NEIL H. BRAUNSTEIN** of **FANWOOD**, who was admitted to the bar of this State in 1995, should be suspended from the practice of law for a period of one year based on respondent's conviction in the Superior Court of New Jersey, Essex County, to third-degree attempted criminal coercion by an official, conduct that violates *RPC* 8.4(b) (commission of a criminal act that reflects adversely on an attorney's honesty, trustworthiness or fitness as a lawyer);

And respondent having been ordered to show cause why he should be not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **NEIL H. BRAUNSTEIN** is suspended from the practice of law for a period of one year and until the further Order of the Court, effective immediately; and it is further

ORDERED that prior to reinstatement to practice, respondent shall submit proof of his fitness to practice law as attested to by a mental health professional approved by the Office of Attorney Ethics; and it is further

ORDERED that respondent comply with *Rule* 1:20-20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20-20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20-20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement

for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.